## Case No. 6,723.

### HOUGH v. SMOOT.

### [2 Cranch, C. C. 318.] 1

Circuit Court, District of Columbia. May Term, 1822.

ATTACHMENT—ACTS MD. 1795, c. 56.

An attachment under the Maryland act of 1795 (chapter 56) will lie against lands and tenements in Alexandria county.

[Action at law by George S. Hough against James H. Smoot.]

This was an attachment issued by CRANCH, Chief Judge, out of court, and in vacation, against the lands and tenements in the county of Alexandria, of the defendant, under the act of Maryland of 1795, c. 69, and the act of congress of the 24th of June, 1812, § 4 (2 Stat. 755).

Mr. Swann, for defendant, stated that if the court should be of opinion that the process would lie, the defendant would give bail and set aside the attachment.

THE COURT (nem. con.), upon an examination of the act of congress of the 24th of June, 1812, § 4 (2 Stat. 755), and the acts of Maryland of 1715, c. 40, and 1795, c. 56, was of opinion that this process was extended to the county of Alexandria, so far as regards the attachment of lands and tenements.

There was no argument of counsel upon the point